GUADALUPE VELASQUEZ / 337311
Name and Prisoner/Booking Number

ARIZONA DEPARTMENT OF Corrections / Perryville
Place of Confinement

Unit A2-97L, P.O. Box 3700
Mailing Address

Goodyear AZ 85338
City, State, Zip Code

FILED ___ LODGED
___ RECEIVED ___ COPY

OCT 03 2019

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

(Failure to notify the Court of your change of address may result in dismissal of this action.)

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

GUADALUPE VELASQUEZ,
(Full Name of Plaintiff)

Plaintiff,

v.

(1) MARICOPA County Sherriff's OFFICE,
(Full Name of Defendant)

(2) ARIZONA Dept of Corrections,

(3) Corizon HEALTH,

(4) State of ARIZONA,

Defendant(s).

☐ Check if there are additional Defendants and attach page 1-A listing them.

CASE NO. **CV-19-05321-PHX-DJH--MHB**
(To be supplied by the Clerk)

**CIVIL RIGHTS COMPLAINT
BY A PRISONER**

☒ Original Complaint
☐ First Amended Complaint
☐ Second Amended Complaint

## A. JURISDICTION

1. This Court has jurisdiction over this action pursuant to:
    ☒ 28 U.S.C. § 1343(a); 42 U.S.C. § 1983
    ☐ 28 U.S.C. § 1331; *Bivens v. Six Unknown Federal Narcotics Agents*, 403 U.S. 388 (1971).
    ☐ Other: _____.

2. Institution/city where violation occurred: Estrella JAIL / Perryville Prison

550/555

## B. DEFENDANTS

1. Name of first Defendant: Transportation OFFICER. The first Defendant is employed as: Correctional Officer Court Transport (Position and Title) at Estrella Jail (Institution).

2. Name of second Defendant: Nurse Valverde. The second Defendant is employed as: Nurse - Nurse Line (Position and Title) at Corizon Health (Institution).

3. Name of third Defendant: Night Correctional Officer. The third Defendant is employed as: Sgts will not release name (Position and Title) at Perryville (Institution).

4. Name of fourth Defendant: C.O. III's FRIDAY Pepinjack  G.V. State of Arizona / R. Dorsey. The fourth Defendant is employed as: C.O. III's / Counselors G.V. (Position and Title) at Perryville G.V. / Perryville (Institution). WARDEN

If you name more than four Defendants, answer the questions listed above for each additional Defendant on a separate page.

## C. PREVIOUS LAWSUITS

1. Have you filed any other lawsuits while you were a prisoner?   ☒ Yes   ☒ No  G.V.

2. If yes, how many lawsuits have you filed? __1__. Describe the previous lawsuits:

   a. First prior lawsuit:
      1. Parties: Guadalupe Velasquez v. Sherriff Purcunie
      2. Court and case number: United States District Court - District of Arizona
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) Unknown - mail not forwarded from County Jail to prison.

   b. Second prior lawsuit:
      1. Parties: _____ v. _____
      2. Court and case number: _____
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) _____

   c. Third prior lawsuit:
      1. Parties: _____ v. _____
      2. Court and case number: _____
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) _____

If you filed more than three lawsuits, answer the questions listed above for each additional lawsuit on a separate page.

## D. CAUSE OF ACTION

### COUNT I

1. State the constitutional or other federal civil right that was violated: right to proper healthcare AND A SAFE ENVIRONMENT, as well as, accomodations to disability.

2. **Count I.** Identify the issue involved. Check **only one**. State additional issues in separate counts.
   - ☒ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☒ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☐ Excessive force by an officer
   - ☒ Threat to safety
   - ☒ Other: undue sufferings, hardships as per state constitution

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count I. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   On July 19, 2019, while boarding the bus at Estrella Jail to transport us to court at approximately 10am, I fell and banged my head, arms, hip, and leg on the stairwell. I am a 49 year old 4'11" female with swelling AND joint problems due to lupus. We were shackled and handcuffed and the transport officer would not take out the step to make the bus accessible to older/shorter inmates. It was requested several times by several of us. We attempted to pull it out ourselves, however could not because of handcuffs. He yelled at us AND said to get onboard "NOW". As I tried to reach the step on the bus, it was too high and I fell. I landed on my left side. They yelled to the officers for assistance and we were told to shut up, stop yelling, and get in. Eventually, they got me on board. It took a while since both inmates on bus and outside were handcuffed (including myself) so it was hard to maneuver my body with limited access and the narrow space. I showed up to court with skinned elbows, dizziness, skinned legs, bruising, etc. Witnesses include passengers AND attendees at my court hearing. Reported it and Det. Officer through it away. Was told to put Health Needs Request which ended up scheduled for date after departure to ADOC Perryville Prison.

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).
   Injured my head, arms, hip, and legs. Started with dizziness, headaches, and could not move arm above mid-level. Knees AND elbows skinned and large lump/bruise on left upper arm where muscle/tendons are.

5. **Administrative Remedies:**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? ☒ Yes ☐ No
   b. Did you submit a request for administrative relief on Count I? ☒ Yes ☐ No
   c. Did you appeal your request for relief on Count I to the highest level? ☐ Yes ☒ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. Grievance Form AND request to speak to seargant thrown away by Detention officer. She said she would call him on radio. He never came to see me in the 3 days I was there. I left to prison on the 4th day.

3

# COUNT II

1. State the constitutional or other federal civil right that was violated: RIGHT TO PROPER health and safety while inprisoned and proper medical attention.

2. **Count II.** Identify the issue involved. Check **only one**. State additional issues in separate counts.
   - ☒ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☒ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☐ Excessive force by an officer
   - ☒ Threat to safety
   - ☐ Other: _____

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count II. Describe exactly what each Defendant did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   On 09/05/2019 I was sent to X-ray due to pain & swelling on both legs from ankles to thighs since on or about 08/29/19. When xrays were done, they made us walk back to our yard which is difficult to do with the swelling. It was mid-day high heat and it caused my blood pressure to escalate. I have it documented that I am disabled and due to my illness should not be in high heat and walking for long periods of time or standing. I was assigned to work in the kitchen later that day which involves standing for 5 hours, as well as, moved to a top bunk which was impossible to climb up to on a ladder with the leg swelling and dizziness due to high blood pressure and previous head injury. I was told to go to medical to ask for a medical note for work and & to keep my assigned lower bunk instead of the reassignment to an upper bunk. My blood pressure was 155/105 and kept rising and he advised to wait to take meds when I was called which was 2 hours later. He also told me who could not give me a note for work or for the lower bunk and he would schedule a visit with Dr which was over a week out. Due to his negligent actions, I could not climb to bunk and slept on chair. I was forced to sleep on top bunk on the next day and fell hurting my arm which gratefully got caught on ladder and prevented my landing on floor. Have bruising, skinning, and pain on left arm which has been seen by inmates Elaine Ness and Barbara Townsend & Dr on 09/13/19.

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s). Hurt arm when falling off top bunk and could not walk for extended periods of time due to increased swelling. Increased dizzy spells and headaches due to high blood pressure along with numbness in limbs.

5. **Administrative Remedies.**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? ☒ Yes ☐ No
   b. Did you submit a request for administrative relief on Count II? ☒ Yes ☐ No
   c. Did you appeal your request for relief on Count II to the highest level? ☒ Yes ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____

4

## COUNT III

1. State the constitutional or other federal civil right that was violated: RIGHT TO FEEL SAFE AND SECURE AND to Proper MEDICAL CARE WHILE INCARCERATED.

2. **Count III.** Identify the issue involved. Check only one. State additional issues in separate counts.
   - ☒ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☒ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☒ Excessive force by an officer
   - ☒ Threat to safety
   - ☐ Other: _____

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count III. Describe exactly what each Defendant did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   While in a flare-up with my Lupus due to lack of medical attention I was moved from a lower bunk bed to a top one. This required climbing a ladder which was not possible due to extreme swelling AND PAIN IN both legs from ankles to thighs. Blood pressure Also very high causing dizziness AND headaches not to mention INR low at 1.4 and numbness in left leg which could've been related to blood clots. I could not climb to bunk so decided to sleep on chair since there was no alternative. The correctional officer kept accusing me of lying and stated that she would have the right to disciplinary because I was sitting on the chair on purpose so I could make-up the "swelling" and cause problems. She kept coming every few half hour to hour to try to force me to climb to bunk. I have never been in trouble in my life, I am 49 and appealing my case AND AM seriously AFRAID of any violations so try to follow all rules and cause no problems. Due to the fear of being written-up or ticketed I climbed up the next night and fell getting caught by my arm and hurting it. Rights AND protection by American Disability Act violated as well.

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).

   I fell down. Gratefully the ladder caught my left arm and that broke my fall. Injured left upper arm and faced bodily harm. Numbness could be related to blood clots (DVT'S) which have CAUSED A PULMONARY EMBOLISM PREVIOUSLY AND can lead to other life threatening issues.

5. **Administrative Remedies.**
   - a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?   ☒ Yes   ☐ No
   - b. Did you submit a request for administrative relief on Count III?   ☐ Yes   ☒ No
   - c. Did you appeal your request for relief on Count III to the highest level?   ☐ Yes   ☒ No
   - d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. Tried to locate officer's name since I could not read it in the dark and none of the seargants I asked knew it or released it. Described the female officer to them.

If you assert more than three Counts, answer the questions listed above for each additional Count on a separate page.

## Count IV

1. Inmate Legal Access to the Courts
2. [X] Access to the Court
3. Supporting Facts.

D.O. 902 of the Department of Corrections ensures that all inmates have direct access to file legal claims in the court. There are procedures posted in areas, such as, the recreation rooms in the bays that state that proper procedure is to ask the CO III (counselor) to send an email to the Librarian, Mr. Jones, requesting the legal assistance/forms you require due to him being available only one day a week. His availability is a total of 3-5 hours on Thursdays. I submitted a request to ~~Sgt.~~ CO III in R&A during the second week of August and to this day I have not received a response to my request for a "Civil Rights Complaint Form" and a "Post Conviction Relief Form & Instructions. I then submitted a second request to the CO III at my current bay on 8/26/19. Copy of request AVAILABLE. Which I followed the SAME PROTOCOL AS PER THEIR BULLETIN. On 09/11/19 I received A RESPONSE DIRECTING ME TO GO STRAIGHT TO The librarian which has now taken up over 30 days of my filing time AND has delayed my access to the courts when in those circumstances, time is of the essence. Librarian only available 1 hrs a week. MAIL AND PROPERTY CLOSED AND LIMITED to MAIL OUT LEGAL DOCUMENTS as well. Been 3 weeks.

4. Injury has been caused due to the time spent trying to access the courts following proper protocol established by the department.

5. Administrative Remedies.

a. yes
b. NO
c. NO
d. There is NO reference to any procedure to follow when access to the courts is being delayed.

## E. REQUEST FOR RELIEF

State the relief you are seeking:

I AM SEEKING Proper Medical Attention AND COMPENSATION FOR injuries suffered, as well as, for ANY future COMPLICATIONS or MEDICAL ISSUES THAT MAY ARISE DUE to the lack of protection due to the violations of my RIGHTS AND the RIGHTS OF OTHER INMATES BE Heeded going forward. That all inmates be afforded PROPER MEDICAL ATTENTION AS Stated in order to Avoid ANYMORE UNNECESSARY AND UNDUE HARDSHIPS OR INJURIES; ~~deaths by~~ releases by death. Investigation into violations of medical care included, but not limited to AND legal access as well to avoid further injustice and undue hardships to current a future inmates.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on September 18, 2019
DATE

_____
SIGNATURE OF PLAINTIFF

_____
(Name and title of paralegal, legal assistant, or other person who helped prepare this complaint)

_____
(Signature of attorney, if any)

_____
(Attorney's address & telephone number)

## ADDITIONAL PAGES

All questions must be answered concisely in the proper space on the form. If you need more space, you may attach no more than fifteen additional pages. But the form must be completely filled in to the extent applicable. If you attach additional pages, be sure to identify which section of the complaint is being continued and number all pages.

6